# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:16-cv-265-MOC
## (3:01-cr-135-MOC)

| | | |
|---|---|---|
| **JOHN HENRY STACKS, JR.,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

      **THIS MATTER** is before the Court on its own motion and on the Government's Response to Order to Show Cause (Doc. No. 7).

      For the reasons stated in the Court's Show Cause Order, (Doc. No. 6), and on the Government's agreement that the stay in this matter should be lifted, (Doc. No. 7), the Court will lift the stay and order the Government to file its response to the Petitioner's § 2255 Motion to Vacate (Doc. No. 1) within 30 days.

      **IT IS, THEREFORE, ORDERED** that the stay in this matter is hereby **LIFTED** and the Government shall have thirty (30) days from this Order to file its response in this matter.

      **IT IS SO ORDERED**.

Signed: February 8, 2021

Max O. Cogburn Jr.
United States District Judge